UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:25-cr- 00317-MO |
| v. | INFORMATION |
| NAVJOT SINGH, | 18 U.S.C. § 4 |
| Defendant. | |

THE UNITED STATES ATTORNEY CHARGES:

### COUNT 1
### Misprision of Felony
### (18 U.S.C. § 4)

Beginning on a date unknown and continuing until on or about July 12, 2024, within the District of Oregon and elsewhere, defendant **NAVJOT SINGH**, having knowledge of a felony cognizable by a court of the United States, to wit: a Conspiracy to Commit Mail and Wire Fraud, in violation of Title 18, United States Code, Section 1349, concealed and failed to make known the same to some judge or some other person in civil authority under the United States;

In violation of Title 18, United States Code, Section 4.

Dated: August 11, 2025.                     Respectfully submitted,

                                            SCOTT E. BRADFORD
                                            United States Attorney

                                            /s/ *Scott Kerin*
                                            SCOTT M. KERIN, OSB # 965128
                                            Assistant United States Attorney